In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for the White-stone Bridge Approach in the Borough of Queens.

HY-DOR REALTY ASSOCIATES, INC., et al., Appellants.

Submitted July 20, 1943; decided October 7, 1943.

*Charles P. Kramer* for motion.

*Ignatius M. Wilkinson, Corporation Counsel (Reuben Levy* of counsel), opposed.

Motion dismissed, without costs, on the ground that the application was not made within the time specified in section 592,

subdivision 3, of the Civil Practice Act. (*Pollak* v. *Port Morris Bank,* 257 N. Y. 287, 288; *Low* v. *Bankers Trust Co.,* 265 N. Y. 264, 265; *Metropolitan Casualty Ins. Co.* v. *Public Nat. Bank & Trust Co.,* 262 N. Y. 614.)